



THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Phone:(212) 788-0923
Fax: (212) 788-8877
E-mail:mcalhoun@law.nyc.gov

November 26, 2007

**Via Facsimile**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/26/07

Re: Stephany Warren et al, v. New York City Department of Education
07 Civ 9812 (JGK)

Dear Judge Koeltl:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, attorney for Defendant in the above-captioned case which plaintiffs bring pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. Section 1401 *et seq* ("IDEA"). I write to request that Defendant's time to respond to the complaint be extended to December 21, 2007. Defendant's response to the complaint is currently due November 28, 2007. This is Defendant's first request for an extension of time and plaintiffs' counsel has graciously given his consent.

    The reason for the request is that, although the complaint appears to have been served on November 8, 2007, I unfortunately only received it just before the Thanksgiving holiday. In order to respond to the allegations in the complaint, we must first obtain and review the records of the underlying proceedings conducted by the Impartial Hearing Officer and the State Review Officer. Accordingly, for the reasons set forth above, Defendant respectfully requests that its time to respond to the complaint be extended to December 21, 2007.

    Thank you for your consideration.

Respectfully submitted,

Martha A. Calhoun
Assistant Corporation Counsel
(MC5009)

cc:   Anton G. Papakhin, Esq.
      attorney for plaintiffs
      (By facsimile)