```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

WARREN,

                      Plaintiffs,

    - against -

NEW YORK CITY DEPT. OF EDUCATION,

                      Defendants.
------------------------------------

07 Civ. 9812 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

Dispositive motions may be filed by **April 30, 2008**. Any oppositions are due **May 30, 2008**, and any replies are due **June 13, 2008**.

SO ORDERED.

Dated: New York, New York
       March 25, 2008

                                             John G. Koeltl
                                     United States District Judge