```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08
```

# TIKHOMIROV & ROYTBLAT PLLC
### ATTORNEYS AT LAW
1400 Ave Z - Suite 403
Brooklyn, NY 11235
(718) 376-9500



April 28, 2008

**By Fascimile**

Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

4/28/08
John G. Koeltl, U.S.D.J.

Re: Stephany Warren et al, v. New York City Dept. of Education
    07 CV 9812 (JGK)

Dear Judge Koeltl,

     I represent the Plaintiff in the above-titled action. Parties' motions for summary judgment in this matter are scheduled to be filed and served by April 30, 2008. Parties' opposition papers are currently due May 30, 2008. Parties' final reply papers if any are currently scheduled to be submitted by June 13, 2008. I am writing to respectfully request an extension of time for the parties to submit their simultaneous motions for summary judgment, from April 30, 2007 to May 30, 2008 and submit their replies to these motions from May 30, 2008 to June 30, 2008. Parties' final reply papers if any will be due July 13, 2008. The attorney for the Defendant kindly consents and joins to this request. This is Plaintiff's first request for an extension of time in this matter. The parties greatly appreciate yours consideration of this request for an extension of time.

Sincerely,

Anton Papakhin, Esq (AP 4680).
Attorney for Plaintiff

cc:
Alan Rosinus, Esq.
Assistant Corporation Counsel
100 Church Street
New York, N.Y. 10007