UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

In the Matter of Stephanie Warren, Parent of Disabled Child Michael Warren,

                                  Plaintiff,

      -against-

New York City Department of Education,

                                  Defendant.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 CV 9812 (JGK)

        **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of the defendant NEW YORK CITY DEPARTMENT OF EDUCATION in the above-titled action.

Dated: New York, New York
       April 30, 2008

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of the
                                              City of New York
                                          Attorney for Defendant
                                          100 Church Street, Room 2-305
                                          New York, N.Y. 10007
                                          (212) 788-8316
                                          e-mail: arosinus@law.nyc.gov

                                  By:_____/s/_____
                                      David A. Rosinus, Jr. (DR 2311)
                                      Assistant Corporation Counsel

cc:    Anton Papakhin, Esq.
        Timothy M. Mahoney, Esq.
        Attorneys for Plaintiff (by ECF)