UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

IN THE MATTER OF STEPHANIE WARREN, Parent
of Disabled Child Michael Warren,

                                     Plaintiff,

--against--

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                     Defendant.

------------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

**REVISED SCHEDULING ORDER**

07 Civ. 9812 (JGK)

        JOHN G. KOELTL, District Judge:

The following revised schedule is hereby adopted:

        1) The parties will each serve a motion for summary judgment no later than June 20, 2008.

        2) The parties will each serve opposition papers no later than July 21, 2008.

        3) The parties will each serve their reply papers, if any, no later than August 4, 2008.

        4) The parties will serve motion papers on opposing counsel according to the above schedule, but will submit their papers to the Court only upon completion of briefing, in accordance with the Court's individual rules.

**SO ORDERED.**

Dated:        New York, New York
                    5/30, 2008

                                            JOHN G. KOELTL
                                            United States District Judge