UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
STEPHANIE WARREN, Parent of Disabled Child
MICHAEL WARREN,

        Plaintiff,

        - against -

NEW YORK CITY DEPARTMENT OF
EDUCATION,

        Defendant.

07 CV 9812 (JGK)

---

NOTICE OF MOTION BY
PARTNERSHIP FOR CHILDREN'S RIGHTS,
ADVOCATES FOR CHILDREN OF NEW YORK, INC.
AND NEW YORK LEGAL ASSISTANCE GROUP
FOR LEAVE TO FILE A MEMORANDUM OF LAW *AMICUS CURIAE*

---

Shawn V. Morehead (SM 5428)
Miranda Johnson (MJ 9281)
Erika Palmer
Arlen Benjamin-Gomez
Advocates for Children of New York, Inc.
151 W. 30th Street, 5th Floor
New York, New York 10001
Tel: (212) 947-9779

Yisroel Schulman (YS 3107)
Laura Davis  (LD 8226)
New York Legal Assistance Group
450 West 33rd Street, 11th Floor
New York, New York 10001
Tel.: (212) 613-5040

Michael D. Hampden (MH 2359)
Sandra Weinglass (SW 8646)
Erin K. McCormack
Partnership for Children's Rights
271 Madison Avenue, 17th Floor
New York, New York 10016
Tel.: (212) 683-7999

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
STEPHANIE WARREN, Parent of Disabled Child
MICHAEL WARREN,

Plaintiff,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.

07 CV 9812 (JGK)

**NOTICE OF MOTION BY**
**PARTNERSHIP FOR CHILDREN'S RIGHTS,**
**ADVOCATES FOR CHILDREN OF NEW YORK, INC.**
**AND NEW YORK LEGAL ASSISTANCE GROUP**
**FOR LEAVE TO FILE A MEMORANDUM OF LAW *AMICUS CURIAE***

PLEASE TAKE NOTICE that upon the parties' pleadings, the administrative

record, the attached Declarations of Matthew Lenaghan, Esq. and Elizabeth Pabey, the

attached Affidavits of Lynn Blake-Ghee and Maria Rosario, the accompanying

Memorandum of Law, and all the papers and proceedings had herein, a motion will be

made to this Court before the Hon. John G. Koeltl, United States District Judge, 500 Pearl

Street, New York, New York, 10007, granting leave to Partnership for Children's Rights

1

Procedure, granting leave to Partnership for Children's Rights (PFCR), Advocates for

Children of New York, Inc. (AFC), and New York Legal Assistance Group (NYLAG), to

file the accompanying Memorandum of Law as Amicus Curiae in support of Plaintiff

Stefanie Warren's Motion for Summary Judgment in this action.

A description of the proposed Amicus organizations and their interest as Amici, a

statement of the authority for this motion, and the points of law which the proposed

Amici wish to call to the Court's attention in support of Plaintiff's Motion for Summary

Judgment are contained in the accompanying Memorandum of Law.


Dated:        New York, New York
              June 20, 2008


Shawn V. Morehead (SM 5428)              Michael D. Hampden (MH 2359)
Miranda Johnson (MJ 9281)                Sandra Weinglass (SW 8646)
Erika Palmer                             Erin K. McCormack
Arlen Benjamin-Gomez                     Partnership for Children's Rights
Advocates for Children of New York, Inc. 271 Madison Avenue, 17th Floor
151 W. 30th Street, 5th Floor            New York, New York 10016
New York, New York 10001                 Tel.: (212) 683-7999
Tel: (212) 947-9779


Yisroel Schulman (YS 3107)
Laura Davis  (LD 8226)
New York Legal Assistance Group
450 West 33rd Street, 11th Floor
New York, New York 10001
Tel.: (212) 613-5040


2