CERTIFICATE OF SERVICE

I, Miranda B. Johnson, Esq., hereby certify that I caused copies of a Notice of Motion for Leave to File a Memorandum of Law <u>Amicus Curie</u>, a Memorandum of Law in Support thereof, declarations and affidavits upon the following counsel on June 20, 2008, in the manner indicated:

<u>By First Class Mail</u>

Anton Papakhin, Esq.
Tikhomirov & Roytblat, PLLC
Attorney for Plaintiff
1400 Avenue Z, Suite 403
Brooklyn, New York 11235

<u>By First Class Mail</u>
Michael A. Cardozo
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street, Room 2-305
New York, New York 10007
Alan D. Rosinus, Esq.
Assistant Corporation Counsel

_____
Miranda B. Johnson