UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Stephanie Warren,                                            **Notice of Motion**
Parent of Disabled Child Michael Warren

                            Plaintiff                  07-Civ-09812 (JGK)

        -against-

New York City Department of Education,

                            Defendant
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that upon the annexed declaration of ANTON PAPAKHIN, dated June 20, 2008; and his attached exhibits; the accompanying Memorandum of Law; and upon all papers filed and all proceedings had herein, Plaintiff will move this Court before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, Room 12-B, for an Order:

      1. Permitting Plaintiff, pursuant to 20 U.S.C. § 1415(i)(2)(C)(i), to supplement the record with additional evidence;

      2. Granting Plaintiff's Motion for Summary Judgment;

      3. Reversing the State Review Officer's decision of July 5, 2007 to the extent it determined the equities did not favor the Plaintiff and did not direct the Defendant to pay Michael Warren's tuition to Bay Ridge Preparatory High School for the 2005-2006 academic year;

      4. Directing Defendant New York City department of Education to pay for Michael Warren's tuition at Bay Ridge Preparatory High School for the 2005-2006 academic year; and

      5. Such other relief as this Court deems just and proper.

Dated: Brooklyn, New York
       June 20, 2008

                                            Tikhomirov & Roytblat, PLLC
                                            By: /s/ _Anton Papa_____
                                            Anton Papakhin (AP 4680)
                                            1400 Avenue Z– Suite 403
                                            Brooklyn, NY  11235
                                            Tel: 718.376.9500 or 917.270.1403
                                            Fax: 718.676.5649

                                            Attorney for Plaintiff