UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

In the Matter of Stephanie Warren, Parent of Disabled Child Michael Warren,

                              Plaintiff,

-against-

New York City Department of Education,

                              Defendant.

------------------------------------------------------------------- x

**NOTICE OF MOTION FOR SUMMARY JUDGMENT**

07 CV 9812 (JGK)

      **PLEASE TAKE NOTICE** that upon the annexed statement made pursuant to Rule 56.1 of the Local Rules of this Court, dated June 20, 2008, the accompanying Defendant New York City Department of Education's Memorandum of Law in Support of Its Motion for Summary Judgment, dated June 20, 2008, the certified copy of the hearing record submitted to the Court by the Office of State Review by letter dated April 11, 2008, and upon all prior pleadings and proceedings, Defendant will move this Court, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure awarding it summary judgment, and granting such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Revised Scheduling Order that the Court issued on May 30, 2008, Opposition papers shall be served no later than July 21, 2008, and Reply papers, if any, shall be served no later than August 4, 2008.

Date: New York, New York
June 20, 2008

                                      MICHAEL A. CARDOZO
                                      Corporation Counsel of the
                                          City of New York
                                      Attorney for Defendant
                                      100 Church Street, Room 2-305
                                      New York, New York 10007
                                      (212) 788-8316

By: _____s/_____
      DAVID A. ROSINUS, JR. (DR 2311)
      Assistant Corporation Counsel

TO: Anton Papakhin, Esq.
      Timothy Mahoney, Esq.
      Attorneys for Plaintiff
      **BY ECF**