UNITED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| Stephanie Warren,<br>Parent of Disabled Child Michael Warren | **ATTORNEY DECLARATION** |
| Plaintiff | 07-Civ-09812 (JGK) |
| -against- | |
| New York City Department of Education, | |
| Defendant | |

-----------------------------------------------------------X

STATE OF NEW YORK     )
                      )ss.:
COUNTY OF NEW YORK    )

ANTON PAPAKHIN hereby declares, under penalty of perjury, that:

1.  I am an attorney duly admitted to the Bars of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York. I am the attorney of record representing the plaintiff. I am fully familiar with the facts herein. I make this declaration in support of plaintiff's motion for summary judgment pursuant to 20 U.S.C. §1415(i)(2)(A).

2.  I annex hereto as Exhibit "A", Declaration of Stephanie Warren, parent of disabled child Michael Warren.

3.  The attached declaration is submitted as "additional evidence" pursuant to 20 U.S.C. §1415(i)(2)(C)(ii).

Dated: Brooklyn, New York
       June 20, 2008

/s Anton
Anton Papakhin (AP 4680)