UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

IN THE MATTER OF STEPHANIE WARREN, Parent
of Disabled Child Michael Warren,

                                    Plaintiff,

            --against--

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                  Defendant.

------------------------------------------------------------ x

**REVISED SCHEDULING ORDER**

07 Civ. 9812 (JGK)

JOHN G. KOELTL, District Judge:

Cognizant that the parties have each served a motion for summary judgment on June 20, 2008, the following revised schedule is hereby adopted:

    1) The parties will each serve opposition papers no later than August 11, 2008.

    2) The parties will each serve their reply papers, if any, no later than August 25, 2008.

    3) The parties will serve motion papers on opposing counsel according to the above schedule, but will submit their papers to the Court only upon completion of briefing, in accordance with the Court's individual rules.

**SO ORDERED.**

Dated:    New York, New York
             July 17, 2008

                                         JOHN G. KOELTL
                                         United States District Judge
                                         **LAURA TAYLOR SWAIN U.S.D.J.**
                                         Part I