UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Stephanie Warren,
Parent of Disabled Child Michael Warren

         Plaintiff   Docket No.
               07-Civ-09812 (JGK)

   -against-


New York City Department of Education,

         Defendant
-----------------------------------------------------------X


**PLAINTIFF'S RESPONSE TO DEFENDANT'S RULE 56.1 STATEMENT**


Tikhomirov & Roytblat, PLLC
Anton Papakhin (AP 4680) of Counsel
Attorneys for Plaintiffs
1400 Avenue Z– Suite 403
Brooklyn, NY 11235
Tel: 718.376.9500 or 917.270.1403
Fax: 718.676.5649

Timothy M. Mahoney (TM 9672)
Law Office of Timothy Mahoney
P.O. Box 6451
Astoria, New York 11106
Tel: 646.522.8520
Fax: 718.204.7564

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Stephanie Warren,
Parent of Disabled Child Michael Warren

                            Plaintiff

-against-

New York City Department of Education,

                            Defendant
------------------------------------------------------------X

Docket No.
**07-Civ-09812 (JGK)**

**PLAINTIFF'S COUNTER STATEMENT TO DEFENDANT'S RULE 56.1 STATEMENT**

Plaintiff, by her attorneys, Tikhomirov & Roytblat, PLLC and Law Office of Timothy Mahoney, as and for her response to defendant's Rule 56.1 Statement, respectfully alleges as follows:

1. Admits the allegations set forth in paragraphs "1", "2", "3", "4", "5", "6", "7", "8", "10", "11", "12", "13", "14" "16", "17", "18", "19", "20", "22", "23", "24", "25" of defendant's Rule 56.1 Statement.

2. Denies the allegations set forth in paragraphs "9" and "15" of defendant's Rule 56.1 Statement and avers that plaintiff repeatedly informed the CSE on June 2, 2005, that the program recommendation of a special education class was not appropriate to meet Michael's needs; that Michael required additional remedial and academic instructions in order to make reasonable progress; and that the psycho-educational evaluation that was developed by the CSE and based on which the CSE made its program recommendation was improper and inaccurate. See Affidavit of Stephanie Warren ¶ 23, ¶ 24, ¶ 25, ¶ 47.

2

Dated: Brooklyn, New York
      August 11, 2008

                                      Respectfully submitted,

                                      Tikhomirov & Roytblat, PLLC
                                      By: Anton Papakhin (AP 4680)
                                      Attorneys for Plaintiffs
                                      1400 Avenue Z– Suite 403
                                      Brooklyn, NY  11235
                                      Tel: 718.376.9500 or 917.270.1403
                                      Fax: 718.676.5649

                                                -and-

                                      Law Office of Timothy Mahoney
                                      By: Timothy M. Mahoney (TM 9672)
                                      P.O. Box 6451
                                      Astoria, New York 11106
                                      Tel: 646.522.8520
                                      Fax: 718.204.7564